UNITED STATES BANKRUPTCY

COURT SOUTHERN DISTRICT OF

OHIO EASTERN DIVISION



**In re:**                                        **Case No.** 25-54580
Carrie A. Kight,                       **Chapter 13**
**Debtor**

                                                    **Judge** Mina Nami Khorrami

### MOTION FOR EXTENSION OF TIME TO FILE REMAINING DOCUMENTS

Now comes the Debtor, Carrie A. Kight, Pro Se, and respectfully moves this Honorable Court for an extension of time to file the remaining required schedules, statements, and other forms in this Chapter 13 case.

In support of this Motion, Debtor states the following:

1. The Debtor filed an emergency Chapter 13 petition on October 17, 2025, to obtain the protection of the automatic stay under 11 U.S.C. § 362.

2. Certain required schedules, statements, and forms remain outstanding, including:

- Form 106A/B (Property)
- Form 106C (Exemptions)
- Form 106D (Secured Creditors)
- Form 106E/F (Unsecured Creditors)
- Form 106G (Executory Contracts and Unexpired Leases)
- Form 106H (Codebtors)
- Form 106I (Income)
- Form 106J (Expenses)
- Form 106SUM (Summary of Schedules)
- Form 106DEC (Declaration About Schedules)
- Form 107 (Statement of Financial Affairs)
- Form 122C-1 (Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period)

3. The Debtor is diligently gathering the necessary financial and creditor information to complete these documents accurately and completely but requires additional time to do so.

4. This request is made in good faith and not for purposes of delay.

5. Pursuant to General Order 63-1 of the United States Bankruptcy Court for the Southern District of Ohio (effective January 27, 2025), the Court may rule on motions for extensions of time without requiring the 21-day notice period under Fed. R. Bankr. P. 2002(a), where good cause is shown and no party in interest is prejudiced.

6. The Debtor respectfully requests an additional fourteen (14) days from the current deadline to file the remaining documents.

WHEREFORE, the Debtor respectfully requests that this Honorable Court grant a 14-day extension of time to file the remaining required documents and such other and further relief as the Court deems just and proper.

Respectfully Submitted,

*Carrie A. Kight*    10/31/25

October 31, 2025

Carrie A. Kight, Pro Se Debtor

3088 Hill Grove Avenue

Columbus, Ohio 43223

Phone: (614) 767-8315

Ckight22@gmail.com