Form a0ndfcfl

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

---

In Re: Carrie Ann Kight

       Debtor(s)

SSN/TAX ID:
    xxx−xx−0100    82−5221354

Case No.: 2:25−bk−54580

Chapter: 13

---

## NOTIFICATION OF DEFICIENCY

The following deficiency was noted in your filing:

☐ In order for this case to be administered, it is necessary to file a Chapter 13 Plan within 14 days from the filing date of your petition or within 14 days from the date of conversion to a chapter 13.

☐ The PDF document does not match the docket text. Please file an amended document. Re:

☐ For future reference, a should be filed using

☐ The attached PDF document is unreadable. Please file an amended document. Re:

☐ The PDF document appears to be filed in an incorrect case. Please withdraw the document and file in the correct case or file an amended document. Re:

☒ Other Deficiencies: **The PDF Document does not Contain a Signature in Accordance with ECF Administrative Procedure 8(d). Please File an Amended Chapter 13 Plan which contains a signature. (RE: related document(s)[26] Chapter 13 Plan filed by Debtor Carrie Ann Kight)**

Dated: December 3, 2025

                                                     FOR THE COURT:
                                                     Richard B. Jones
                                                     Clerk, U.S. Bankruptcy Court